**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

FIDEL CLARK (C) - FREE
SOVEREIGN MAN IN BEHALF OF
STRAMINEUS HOMO:  EX REL.,
FIDEL CLARK (C) TM,

    Petitioner

   v.

JOHN A. RIVELLO,
SUPERINTENDENT, HUNTINGDON
STATE CORRECTIONAL
INSTITUTION,

    Respondent

:  No. 61 EM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**<u>ORDER</u>**

**PER CURIAM**

 **AND NOW**, this 5th day of December, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.